IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEITH BLOCK**                                                                          **PLAINTIFF**
**ADC #168669**

**V.**                              **NO. 2:22-cv-00184-JM-ERE**

**KERSTINE,** *et al*.                                                          **DEFENDANTS**

## ORDER

Plaintiff Keith Block, an Arkansas Division of Correction ("ADC") inmate,
filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. In his original complaint,
Mr. Block alleged that Dr. Kerstine was deliberately indifferent to his serious
medical needs. He complained that he suffered a thumb injury, Dr. Kerstine ignored
his requests for treatment, and as a result, he must now undergo surgery to reset his
thumb. While the Court previously determined that Mr. Block stated a medical
deliberate indifference claim against Defendant Kerstine, he also named APN
(Advanced Practice Nurse) Tracy Bennett, Health Care Administrator Emma
Hatchett, and Deputy Director A. Culclager as Defendants. However, in describing
his constitutional claims, Mr. Block did not reference Defendants Hatchett or
Culclager. And with regard to Defendant Bennett, he only alleged that she: (1) placed
him on the provider list to receive an x-ray examination; and (2) attempted to reset
his thumb. Accordingly, as his pleading stood, Mr. Block did not state plausible

constitutional claims against Defendants Bennett, Hatchett, or Culclager.

Accordingly, on December 6, 2022, the Court postponed the screening process mandated by 28 U.S.C. § 1915A[1] to give Mr. Block 30 days to file an amended complaint clarifying his claims. *Doc. 7*.

On January 19, 2023. Mr. Block filed an amended complaint clarifying his constitutional claims against Defendants Bennett, Hatchett, and Cuclager, and adding a medical deliberate indifference claim against A. Douglas. *Doc. 12*.

Based on the allegations contained in his amended complaint, Mr. Block has stated medical deliberate-indifference claims against Defendants Kerstine, Bennett, Hatchett, Culclager, and Douglas. The Court previously issued service for Defendant Cuclager. Service is now appropriate for Defendants Kerstine, Bennett, Hatchett, and Douglas.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of Court shall prepare summonses for Defendants Kerstine, Tracy Bennett, Emma Hatchett, and A. Douglas.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

2.      The United States Marshal shall serve these Defendants with a summons and a copy of the complaint and the amended complaint (*Docs. 2, 12*), without requiring prepayment of fees and costs or security. Service for these Defendants should be attempted through Humphries & Odum, 1901 Broadway Street, Little Rock, Arkansas 72206.

Dated this 14th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE