IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEITH BLOCK**  **PLAINTIFF**
**ADC #168669**

V.  NO. 2:22-cv-00184-JM-ERE

**GARY KERSTEIN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Block's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Block's claims against Defendant Aundrea Culclager are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. The Clerk is instructed to terminate Aundrea Culclager as a party Defendant.

IT IS SO ORDERED, this 27th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE