IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEITH BLOCK**  **PLAINTIFF**
**ADC #168669**

V.  NO. 2:22-cv-00184-JM-ERE

**GARY KERSTEIN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for partial dismissal filed by Magistrate Judge Edie R. Ervin. Mr. Block has filed a response in which he concedes that partial summary judgment should be granted as recommended by Judge Ervin. Therefore, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Block asks the Court to set a settlement conference for the remaining claims. The Court does not generally order parties to participate in settlement conferences. However, if the Defendants agree to participate, the Court will refer the case to Judge Ervin for a settlement conference at her earliest convenience.

Defendants' motion for partial summary judgment (*Doc. 36*) is GRANTED. Mr. Block may proceed on his medical deliberate indifference claim related to his May 23, 2022 encounter with Defendant Kerstein and his May 27, 2022 encounter with Defendant Bennett. Mr. Block's remaining claims are dismissed based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to terminate Emma Hatchett and Angela Douglas as party Defendants.

IT IS SO ORDERED, this 9th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE