**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KEITH BLOCK**                                                                  **PLAINTIFF**
**ADC #168669**

**V.**                              **NO. 2:22-cv-00184-JM-ERE**

**GARY KERSTEIN and**
**TRACY BENNETT**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Tracy Bennett's motion for summary judgment (*Doc. 50*) is GRANTED. Mr. Block's remaining claims against Defendant Bennett are DISMISSED, with prejudice. The Clerk is instructed to terminate Tracy Bennett as a party Defendant.

IT IS SO ORDERED, this 12th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE