IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEITH BLOCK**  **PLAINTIFF**
**ADC #168669**

V.   NO. 2:22-cv-00184-JM-ERE

**GARY KERSTEIN,** *et al.*   **DEFENDANTS**

## ORDER

*Pro se* plaintiff Keith Block has filed: (1) a motion for the appointment of counsel; and (2) a motion for speedy trial. *Docs. 61, 62*. At this time, this matter has been referred for a bench trial setting before the Honorable James M. Moody Jr. *Doc. 60*. Accordingly, the Court will now appoint counsel for Mr. Block. Judge Moody will set this matter for trial in due course.

IT IS THEREFORE ORDERED THAT:

1. Mr. Block's motion for counsel (*Doc. 61*) is GRANTED.

2. Pursuant to Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Mark Cameron, Friday, Eldridge & Clark, LLP, Regions Center, Suite 2000, 400 West Capitol Avenue, Little Rock, Arkansas 72201-3522, 501-370-1578, is hereby appointed to represent Mr. Block at trial.

3. The Clerk of Court is directed to send Mr. Cameron a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff at 501-604-

5200, and an electronic copy of the file, or any portion of the file, will be provided free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

4. Mr. Block's motion for speedy trial (*Doc. 62*) is DENIED.

SO ORDERED 5 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE