IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEITH BLOCK**                                                                                                    **PLAINTIFF**
**ADC #168669**

V.                                        NO. 2:22-cv-00184-JM-ERE

**GARY KERSTEIN**                                                                                              **DEFENDANT**

## ORDER LIFTING STAY

On January 15, 2025, defendant Dr. Gary Kerstein filed an amended suggestion of bankruptcy and notice of stay of these proceedings ("Amended Notice") due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. *Doc. 80*; see *In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On February 5, 2025, the Court stayed this action in its entirety on an interim basis due to the extension of the automatic stay to certain nondebtors, including Wellpath employees.[1] *Doc. 87*.

The stay is hereby lifted because the stay applicable to non-debtors expired on May 7, 2025. See *In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex) (Bankr. *Docs*. 2592, 2599) (providing for expiration of the automatic stay as to non-debtor defendants).

---

[1] No Debtor is named as a defendant in this case. Rather, Defendant Kerstein was an employee of Debtor Wellpath, LLC when his actions or omissions giving rise to this suit took place. *Doc. 80-2 at 5*.

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is now lifted.

2. The parties are directed to file, by **June 3, 2025**, a status report (either jointly or separately) discussing: (1) the status of the settlement; and (2) whether the case is ready to be reset for a bench trial.

SO ORDERED 15 May 2025.

_____
UNITED STATES MAGISTRATE JUDGE